*In re* McCAULLY, Petitioner, 8 original.   *In re* LUSBY, Petitioner, 10 original.   Argued January 25, 1897.   Decided March 1, 1897.

THE CHIEF JUSTICE: These are petitions for *habeas corpus* to discharge petitioners from confinement on convictions under the oleomargarine law on the ground of the unconstitutionality of that enactment.   So far as that question is concerned, it is conceded that the records are substantially the same as the record in *Kollock's case* just decided, and the applications must be disposed of in the same way.

                                              *Writs denied.*

*Mr. Jeremiah M. Wilson* and *Mr. Henry E. Davis* for petitioners.

*Mr. Solicitor General* opposing.

---

## McCORMICK *v.* MARKET BANK.

ERROR TO THE SUPREME COURT OF THE STATE OF ILLINOIS.

No. 554.   Submitted December 7, 1896. — Decided March 1, 1897.

In an action against a national bank upon a contract, each party relied on section 5136 of the Revised Statutes, by which a national bank, upon filing its articles of association and organization certificate with the Comptroller of the Currency, becomes a corporation, with power "to make contracts" and other corporate powers, but is prohibited to "transact any business, except such as is incidental and necessarily preliminary to its organization, until it has been authorized by the Comptroller of the Currency to commence the business of banking." The defendant relied on the prohibition.   The plaintiff relied on the exception to the prohibition, and also contended that, under the general power to make contracts, the contract sued on was valid as between the parties, even if contrary to the prohibition.   *Held*, that a judgment for the defendant in the highest court of the State might be reviewed by this court on writ of error.

By section 5136 of the Revised Statutes, a contract of lease, at a large rent, of an office to be occupied "as a banking office, and for no other purpose," for the term of five years, determinable at the end of any year by either party, executed by a national bank as lessee, after having duly filed its articles of association and organization certificate with the Comptroller of the Currency, but not having been authorized by him to com-